UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-61120-CIV-MORENO**

FLORIDA FAIR HOUSING ALLIANCE,
INC.,

      Plaintiff,

vs.

PMG 11TH STREET HOLDINGS, LLC d/b/a
SOCIETY LAS OLAS,

      Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Notice of Settlement **(D.E. 4)**, filed on **June 10, 2020**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th of June 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record